IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the March 8, 2014 "Toe to Toe" Saul Alvarez v. Alfredo Angulo Light Middleweight Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) JD ALEXANDER INVESTMENTS, LLC, individually, and d/b/a THE TOASTED TURTLE; <br> 2) JAMES RICHARD ALEXANDER, individually, and d/b/a THE TOASTED TURTLE, and <br> 3) DUANE RUSSELL ALEXANDER, individually, and d/b/a THE TOASTED TURTLE, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No. 7:17-cv-00064 |

## RELEASE OF JUDGMENT

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

"Judgment" means:     The *Order* [Doc. 19] entered on January 4, 2018 in this Cause.

"Plaintiff" means:    J&J Sports Productions, Inc.

"Defendants" means:   1) JD Alexander Investments, LLC; 2) James Richard Alexander; and 3) Duane Russell Alexander

The Judgment, through settlement and compromise, has been satisfied. Accordingly, Plaintiff releases Defendants from the Judgment and any lien existing by reason of the Judgment.

SIGNED on this 21st day of February, 2018.

By: _____
David M. Diaz, attorney of record for Plaintiff

This instrument was acknowledged before me on this 21st day of February 2018 by David Diaz.

_____
Notary Public in and for the State of Texas

Ebony S. Mosley
Printed Name of Notary Public

EBONY S. MOSLEY
NOTARY PUBLIC - STATE OF TEXAS
ID# 130597932
COMM. EXP. 03-28-2020

RELEASE OF JUDGMENT                                                     Solo Page
n:/804147